UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARAB SALEM, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>-against-<br><br>NIKOLA CORPORATION, TREVOR R. MILTON, MARK A. RUSSELL, AND KIM J. BRADY,<br><br>        Defendants. | Case No. 1:20-CV-04354<br><br>Hon. Judge Gary R. Brown<br>Magistrate Judge Steven I. Locke<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Nikola Corporation hereby certifies that Nikola Corporation does not have a parent corporation and no publicly held corporation owns 10% or more of Nikola Corporation's stock.


Dated: New York, New York
      October 15, 2020

                                                          */s/ Aaron Marks*

                                                          /s/  Aaron Marks, P.C.

Asheesh Goel, P.C. (*pro hac vice* forthcoming)
Gabor Balassa, P.C.(*pro hac vice* forthcoming)
Whitney L. Becker (*pro hac vice* forthcoming)
KIRKLAND & ELLIS, LLP
300 N. LaSalle
Chicago, Illinois  60654
Phone: (312) 862-2000
Fax:  (312) 862-2200
E-Mail: asheesh.goel@kirkland.com
         gbalassa@kirkland.com
         whitney.becker@kirkland.com

Jeremy A. Fielding, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, Texas 75201
Phone: (214) 972-1770
Email:  jeremy.fielding@kirkland.com

Aaron Marks, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, New York 10022
Phone: (212) 446-4800
Email:  aaron.marks@kirkland.com

*Attorneys for Defendants Nikola Corporation, Mark A. Russell and Kim Brady*