# EXHIBIT A

**Nikola Corporation (NKLA)**
**Class Period: March 3, 2020 to October 15, 2020**
*(Includes 90-Day Sales @ Statutory Pricing)*

| Plaintiff | Security Description | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 32-Day Mean Price $20.1452 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.7900 | ($248,950) | 9/14/2020 | (10,000) | $29.1000 | $291,000 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.7100 | ($248,550) | 9/14/2020 | (10,000) | $28.8000 | $288,000 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.5100 | ($247,550) | 9/14/2020 | (10,000) | $29.1600 | $291,600 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.9100 | ($249,550) | 9/14/2020 | (10,000) | $29.2200 | $292,200 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.8100 | ($249,050) | 9/14/2020 | (10,000) | $29.3800 | $293,800 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.6700 | ($248,350) | 9/14/2020 | (10,000) | $29.1400 | $291,400 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.5600 | ($247,800) | 9/14/2020 | (10,000) | $29.1500 | $291,500 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.4700 | ($247,350) | 9/14/2020 | (10,000) | $28.9000 | $289,000 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.8800 | ($249,400) | 9/14/2020 | (10,000) | $29.2200 | $292,200 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 5,000 | $49.7000 | ($248,500) | 9/14/2020 | (10,000) | $29.1700 | $291,700 | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.3900 | ($151,170) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.4600 | ($151,380) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.5600 | ($151,680) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.5000 | ($151,500) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.7200 | ($152,160) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.7400 | ($152,220) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.5000 | ($151,500) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.5400 | ($151,620) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.4200 | ($151,260) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 3,000 | $50.4200 | ($151,260) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $50.0700 | ($100,140) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $50.3400 | ($100,680) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $50.4700 | ($100,940) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $50.1900 | ($100,380) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $49.8700 | ($99,740) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $49.9500 | ($99,900) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $50.4200 | ($100,840) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $50.4300 | ($100,860) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $50.7200 | ($101,440) | | | | | | | | |
| Chau, Vincent (Vi Kinh) | Common Stock | 9/8/2020 | 2,000 | $50.6600 | ($101,320) | | | | | | | | |
| **Chau, Vincent (Vi Kinh)** | **Common Stock** | | **100,000** | | **($5,007,040)** | | **(100,000)** | | **$2,912,400** | **100,000** | **0** | | **($2,094,640)** |
| Mersho, George | Common Stock | 9/3/2020 | 100,000 | $36.6600 | ($3,666,000) | 9/8/2020 | (29) | $49.4600 | $1,434 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 300 | $36.5300 | ($10,959) | 9/8/2020 | (403) | $49.3300 | $19,880 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 1 | $36.5600 | ($37) | 9/8/2020 | (700) | $49.3200 | $34,524 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 585 | $36.5800 | ($21,399) | 9/8/2020 | (479) | $49.5300 | $23,725 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 200 | $36.5218 | ($7,304) | 9/8/2020 | (714) | $49.5000 | $35,343 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 514 | $36.5999 | ($18,812) | 9/8/2020 | (4,200) | $49.3100 | $207,102 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 7,900 | $36.6000 | ($289,140) | 9/8/2020 | (3,672) | $49.3000 | $181,030 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 1,801 | $36.5400 | ($65,809) | 9/8/2020 | (200) | $49.4900 | $9,898 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 1,584 | $36.5100 | ($57,832) | 9/8/2020 | (2,319) | $49.5500 | $114,906 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 1,152 | $36.5500 | ($42,106) | 9/8/2020 | (575) | $49.5550 | $28,494 | | | | |
| Mersho, George | Common Stock | 9/3/2020 | 963 | $36.5050 | ($35,154) | 9/8/2020 | (963) | $49.3500 | $47,524 | | | | |
| Mersho, George | Common Stock | 9/9/2020 | 100 | $45.3600 | ($4,536) | 9/8/2020 | (86,764) | $49.2800 | $4,275,730 | | | | |
| Mersho, George | Common Stock | 9/9/2020 | 100 | $45.3500 | ($4,535) | 9/8/2020 | (1,108) | $49.4200 | $54,757 | | | | |
| Mersho, George | Common Stock | 9/9/2020 | 100 | $45.3900 | ($4,539) | 9/8/2020 | (1,400) | $49.4400 | $69,216 | | | | |
| Mersho, George | Common Stock | 9/9/2020 | 99,700 | $45.4000 | ($4,526,380) | 9/8/2020 | (3,501) | $49.4000 | $172,949 | | | | |
| Mersho, George | Common Stock | 9/10/2020 | 4,634 | $37.3650 | ($173,149) | 9/8/2020 | (1,657) | $49.5200 | $82,055 | | | | |
| Mersho, George | Common Stock | 9/10/2020 | 100 | $37.3475 | ($3,735) | 9/8/2020 | (100) | $49.4700 | $4,947 | | | | |
| Mersho, George | Common Stock | 9/10/2020 | 46,435 | $37.3600 | ($1,734,812) | 9/8/2020 | (3,905) | $49.3600 | $192,751 | | | | |
| Mersho, George | Common Stock | 9/10/2020 | 14,488 | $37.3450 | ($541,054) | 9/8/2020 | (2,125) | $49.4300 | $105,039 | | | | |
| Mersho, George | Common Stock | 9/10/2020 | 80 | $37.3700 | ($2,990) | 9/8/2020 | (20) | $49.3800 | $988 | | | | |
| Mersho, George | Common Stock | 9/10/2020 | 2,685 | $37.3500 | ($100,285) | 9/8/2020 | (150) | $49.5600 | $7,434 | | | | |
| Mersho, George | Common Stock | 9/10/2020 | 1,150 | $37.3750 | ($42,981) | 9/8/2020 | (1) | $49.5898 | $50 | | | | |
| Mersho, George | Common Stock | 9/10/2020 | 100 | $37.3800 | ($3,738) | 9/8/2020 | (15) | $49.5400 | $743 | | | | |
| Mersho, George | Common Stock | 9/10/2020 | 10,328 | $37.3550 | ($385,802) | | | | | | | | |
| **Mersho, George** | **Common Stock** | | **295,000** | | **($11,743,088)** | | **(115,000)** | | **$5,670,519** | **180,000** | **180,000** | **$3,626,141** | **($2,446,429)** |
| Karcynski, Stanley | Common Stock | 9/8/2020 | 10,000 | $42.9600 | ($429,600) | 9/8/2020 | (20,000) | $44.9800 | $899,600 | | | | |
| Karcynski, Stanley | Common Stock | 9/8/2020 | 20,000 | $45.5827 | ($911,654) | 9/8/2020 | (15,000) | $47.7202 | $715,803 | | | | |
| Karcynski, Stanley | Common Stock | 9/8/2020 | 20,000 | $46.7500 | ($935,000) | 9/8/2020 | (5,995) | $48.5900 | $291,297 | | | | |
| Karcynski, Stanley | Common Stock | 9/8/2020 | 14,639 | $47.9600 | ($702,086) | 9/8/2020 | (9,005) | $49.0100 | $441,335 | | | | |
| Karcynski, Stanley | Common Stock | 9/8/2020 | 361 | $49.5000 | ($17,870) | 9/9/2020 | (20,000) | $45.5200 | $910,400 | | | | |
| Karcynski, Stanley | Common Stock | 9/9/2020 | 10,000 | $43.1100 | ($431,100) | 9/9/2020 | (20,000) | $46.2900 | $925,800 | | | | |
| Karcynski, Stanley | Common Stock | 9/9/2020 | 10,000 | $44.1599 | ($441,599) | 9/10/2020 | (20,000) | $37.5000 | $750,000 | | | | |
| Karcynski, Stanley | Common Stock | 9/9/2020 | 20,000 | $44.9600 | ($899,200) | 9/10/2020 | (20,000) | $40.0151 | $800,302 | | | | |

*Average Closing Prices from October 16 to November 16

1 of 2

**Nikola Corporation (NKLA)**
**Class Period: March 3, 2020 to October 15, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Description | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 32-Day Mean Price $20.1452 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Karcynski, Stanley | Common Stock | 9/9/2020 | 9,969 | $45.4200 | ($452,792) | 9/10/2020 | (10,000) | $40.5122 | $405,122 | | | | |
| Karcynski, Stanley | Common Stock | 9/9/2020 | 10,031 | $45.5200 | ($456,611) | 9/10/2020 | (10,000) | $40.7100 | $407,100 | | | | |
| Karcynski, Stanley | Common Stock | 9/9/2020 | 10,000 | $46.1600 | ($461,600) | 9/11/2020 | (10,000) | $34.1900 | $341,900 | | | | |
| Karcynski, Stanley | Common Stock | 9/9/2020 | 10,000 | $46.3600 | ($463,600) | 9/11/2020 | (20,000) | $34.3000 | $686,000 | | | | |
| Karcynski, Stanley | Common Stock | 9/10/2020 | 20,000 | $37.0400 | ($740,800) | 9/11/2020 | (15,000) | $34.2100 | $513,150 | | | | |
| Karcynski, Stanley | Common Stock | 9/10/2020 | 10,000 | $38.1600 | ($381,600) | 9/14/2020 | (3,903) | $29.5200 | $115,217 | | | | |
| Karcynski, Stanley | Common Stock | 9/10/2020 | 10,000 | $38.4800 | ($384,800) | 9/14/2020 | (20,000) | $31.0500 | $621,000 | | | | |
| Karcynski, Stanley | Common Stock | 9/10/2020 | 10,000 | $38.9595 | ($389,595) | 9/14/2020 | (16,097) | $31.1000 | $500,617 | | | | |
| Karcynski, Stanley | Common Stock | 9/10/2020 | 20,000 | $39.2900 | ($785,800) | | | | | | | | |
| Karcynski, Stanley | Common Stock | 9/10/2020 | 20,000 | $39.9300 | ($798,600) | | | | | | | | |
| **Karcynski, Stanley** | **Common Stock** | | **235,000** | | **($10,083,907)** | | **(235,000)** | | **$9,324,642** | **85,000** | **0** | | **($759,265)** |
| **Karcynski, Stanley** | **PUT NIKOLA CORP $65.000 EXPIRES 07/17/2020** | 7/7/2020 | 200 | $28.0000 | ($560,000) | 6/6/2020 | (200) | $33.0000 | $660,000 | **0** | **0** | | **$100,000** |
| Karcynski, Stanley | PUT NIKOLA CORP $50.000 EXPIRES 09/18/2020 | 9/14/2020 | 150 | $19.6000 | ($294,000) | 9/8/2020 | (300) | $6.1000 | $183,000 | | | | |
| Karcynski, Stanley | PUT NIKOLA CORP $50.000 EXPIRES 09/18/2020 | 9/14/2020 | 150 | $19.9000 | ($298,500) | 9/8/2020 | (150) | $6.1000 | $91,500 | | | | |
| Karcynski, Stanley | PUT NIKOLA CORP $50.000 EXPIRES 09/18/2020 | 9/14/2020 | 150 | $19.7000 | ($295,500) | 9/9/2020 | (150) | $6.6000 | $99,000 | | | | |
| Karcynski, Stanley | PUT NIKOLA CORP $50.000 EXPIRES 09/18/2020 | 9/14/2020 | 150 | $19.7000 | ($295,500) | | | | | | | | |
| **Karcynski, Stanley** | **PUT NIKOLA CORP $50.000 EXPIRES 09/18/2020** | | **600** | | **($1,183,500)** | | **(600)** | | **$373,500** | **0** | **0** | | **($810,000)** |
| **Karcynski, Stanley** | | | **235,000** | | **($11,827,407)** | | **(235,000)** | | **$10,358,142** | | | | **($1,469,265)** |

<u>Summary</u>

| Plaintiff | Shares | Amount | Shares | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|
| Chau, Vincent (Vi Kinh) | 100,000 | ($5,007,040) | (100,000) | $2,912,400 | 100,000 | 0 | ($2,094,640) |
| Mersho, George | 295,000 | ($11,743,088) | (115,000) | $5,670,519 | 180,000 | 180,000 | ($2,446,429) |
| Karcynski, Stanley | 235,000 | ($11,827,407) | (235,000) | $10,358,142 | 0 | 0 | ($1,469,265) |
| **Total** | **630,000** | **($28,577,535)** | **(450,000)** | **$18,941,061** | **280,000** | **180,000** | **($6,010,333)** |

*Average Closing Prices from October 16 to November 16

2 of 2