UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARAB SALEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIKOLA CORPORATION, TREVOR R. MILTON, MARK A. RUSSELL, AND KIM J. BRADY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:20-CV-04354<br>)<br>) Hon. Judge Gary R. Brown<br>) Magistrate Judge Steven I. Locke<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Subject to the approval of the Court, and pursuant to 28 U.S.C. § 1404, Plaintiff Arab Salem ("Plaintiff"), and Defendants Nikola Corporation, Trevor R. Milton, Mark A. Russell, and Kim J. Brady (collectively, "Defendants," and together with Plaintiff, the "Parties"), hereby file this Stipulation to Transfer Venue to the United States District Court for the District of Arizona. In support thereof, the Parties respectfully submit as follows:

**RECITALS**

WHEREAS, on September 16, 2020, Plaintiff filed a putative class action complaint (the "Complaint") in the above-captioned case alleging violations of the Securities Exchange Act of 1934 (the "1934 Act"), and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission (the "SEC") against the Defendants;

WHEREAS, in addition to this lawsuit, five other purported securities class action lawsuits based on substantially similar allegations, asserting violations of the 1934 Act, have been filed against Defendants;

WHEREAS, four cases—including the first-filed case—are pending before the District of Arizona, and have been designated as related proceedings (*see Borteanu v. Nikola Corp. et al.,* Case No. 2:20-cv-01797-SPL (D. Ariz., Sept. 15, 2020), *Wojichowski v. Nikola Corp., et al.*, 2:20-cv-01819-DLR (D. Ariz., Sept. 17, 2020), *Holzmacher v. Nikola Corp., et al.*, 2:20-cv-02123-JJT (D. Ariz., Nov. 3, 2020); and *Eves v. Nikola Corp. et al.,* 2:20-cv-02168-DLR (D. Ariz., Nov. 10, 2020), together the "Arizona Actions");

WHEREAS, one similar case was filed before the Central District of California, *see Malo v. Nikola Corp. et al.,* 5:20-cv-02168 (C.D. Cal., Oct. 16, 2020);

WHEREAS, on November 13, 2020, Nikola Corporation and counsel for plaintiff Malo entered into a Joint Stipulation to Transfer Venue to the District of Arizona Pursuant to 28 U.S.C. § 1404(a) (*see* Malo Dkt. 11);

WHEREAS, on November 16, 2020, District Judge Holcomb entered an Order, transferring the *Malo* action to the District of Arizona (*see* Malo Dkt. 30);

WHEREAS, the *Salem* Action currently remains the only related putative securities class action lawsuit pending outside of the District of Arizona;

WHEREAS, on November 16, 2020, nine parties filed motions to consolidate and/or motions for lead plaintiff in the *Salem* Action;

WHEREAS, on November 16, 2020, all nine parties who filed motions to consolidate and/or motions for lead plaintiff in the *Salem* Action (the "Interested Plaintiff Parties") also filed motions to consolidate and/or motions for lead plaintiff in the pending Arizona Actions;

WHEREAS, transfer of this matter is controlled by 28 U.S.C. § 1404, which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

WHEREAS, Defendant Nikola's principal place of business and headquarters are located within the District of Arizona, making transfer to the District of Arizona appropriate under 28 U.S.C. § 1404;

WHEREAS, given the location of Defendant's headquarters, the majority of the relevant documents and potential witnesses (including Nikola employees) are located in Arizona;

WHEREAS, the Parties agree that the convenience of the parties and witnesses to this action warrants transfer, and the Parties stipulate and agree to transfer this action to the United States District Court for the District of Arizona;

WHEREAS, the Parties have met and conferred with counsel for all of the Interested Plaintiff Parties who filed motions to consolidate and/or motions for lead plaintiff in the *Salem* Action; and

WHEREAS, all counsel for the Interested Plaintiff Parties have had an opportunity to review this Stipulation, and all Interested Plaintiff Parties have confirmed that they do not oppose transfer to the District of Arizona.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. If this Stipulation is approved and so ordered by the Court, the *Salem* Action shall be transferred to the United States District Court for the District of Arizona.

2. In the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in this action by any Defendant should occur until after: (i) a lead plaintiff and lead counsel are appointed pursuant to the PSLRA in the Arizona Actions; (ii) such lead plaintiff identifies or files an operative complaint; and (iii) the parties to the consolidated Arizona Actions agree upon an appropriate schedule to move against or otherwise answer the operative complaint;

3. Within 30 days of lead plaintiff and lead counsel being appointed in the Arizona Actions, Defendants and any appointed lead plaintiff(s) shall, through their respective counsel, confer in good faith regarding a briefing schedule with respect to any anticipated motions challenging the sufficiency of the operative pleading, the jurisdiction of the court and/or the appropriate venue.

4. Nothing herein shall be deemed to constitute a waiver of, and Defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action.

5. A facsimile, pdf, or electronic signature shall have the same effect as the original.

**IT IS SO STIPULATED.**

Dated:  November 23, 2020	Respectfully submitted,


/s/  *Gabor Balassa*
Asheesh Goel, P.C.
Gabor Balassa, P.C.
Whitney L. Becker
KIRKLAND & ELLIS, LLP
300 N. LaSalle
Chicago, Illinois  60654
Phone: (312) 862-2000
Fax:  (312) 862-2200
E-Mail: asheesh.goel@kirkland.com
	gbalassa@kirkland.com
	whitney.becker@kirkland.com

Jeremy A. Fielding, P.C.
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, Texas 75201
Phone: (214) 972-1770
Email:  jeremy.fielding@kirkland.com

Aaron Marks, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, New York 10022
Phone: (212) 446-4800
Email:  aaron.marks@kirkland.com


*Attorneys for Defendants Nikola Corporation, Mark A. Russell and Kim Brady*

          /s Bradley J. Bondi
Bradley J. Bondi
Peter J. Linken
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
Phone:  (212) 701-3000
Email:  bbondi@cahill.com
        plinken@caill.com


*Attorneys for Defendant Trevor Milton*

             */s J. Alexander Hood II*
             Jeremy A. Lieberman
             J. Alexander Hood II
             POMERANTZ LLP
             600 Third Avenue, 20th Floor
             New York, New York 10016
             Telephone: (212) 661-1100
             Facsimile: (212) 661-8665
             jalieberman@pomlaw.com
             ahood@pomlaw.com

             Patrick V. Dahlstrom
             10 South La Salle Street, Suite 3505
             Chicago, Illinois 60603
             Telephone: (312) 377-1181
             Facsimile: (312) 377-1184
             pdahlstrom@pomlaw.com

             Brian Schall
             Rina Restaino
             THE SCHALL LAW FIRM
             2049 Century Park East, Suite 2460
             Los Angeles, CA 90067
             Telephone: (424) 303-1964
             brian@schallfirm.com
             rina@schallfirm.com

             *Counsel for Plaintiff*

SO ORDERED:

_____
Hon. Gary R. Brown, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, a true and correct copy of the foregoing document, **JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE**, was electronically filed and served upon counsel of record via the Court's CM/ECF System.

*/s/ Gabor Balassa*